## PENTAIR WATER POOL AND SPA, INC., Appellant

### v.

## HAYWARD INDUSTRIES, INC., Appellee

2016-2598

United States Court of Appeals, Federal Circuit.

August 15, 2017

DAVID JAMES CUSHING, Sughrue Mion, PLLC, Washington, DC, argued for appellant. Also represented by MARK BOLAND, RAJA N. SALIBA, GRANT SIMON SHACKELFORD.

STEVEN HALPERN, McCarter & English, LLP, Newark, NJ, argued for appellee. Also represented by SCOTT S. CHRISTIE, TIMOTHY PATRICK HOMLISH, MARK NIKOLSKY, MATTHEW ADAM SKLAR; LEE CARL BROMBERG, Boston, MA.

(Prost, Chief Judge, Clevenger and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## IN RE: Mitchell J. FRANCIS, Appellant

2016-2695

United States Court of Appeals, Federal Circuit.

August 15, 2017

HOWARD NEAL FLAXMAN, Welsh Flaxman & Gitler LLC, Alexandria, VA, argued for appellant.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MAI-TRANG DUC DANG, BENJAMIN T. HICKMAN, COKE MORGAN STEWART.

(Prost, Chief Judge, Clevenger and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**